Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY AMERSON,

    Plaintiff(s),

v.

KINDREDCARE, INC.

    Defendant(s).

Case No: C 12 5715 (JCS)

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Michael K. Martin, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Anthony A. Amerson in the above-entitled action. My local co-counsel in this case is John L. Burris, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 901 Sea View Drive<br>El Cerrito, CA 94530 | Airport Corporate Centre<br>7677 Oakport Street, Suite 1120 |
| MY TELEPHONE # OF RECORD:<br>(510) 334-2329 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(510) 839-5200 |
| MY EMAIL ADDRESS OF RECORD:<br>michaelkmartin54@gmail.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jburris@johnburrislaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 377359.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/13/12

*Michael K. Martin*
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Michael K. Martin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/19/12

UNITED STATES MAGISTRATE JUDGE
*Judge Joseph C. Spero*

PRO HAC VICE APPLICATION & ORDER      *October 2012*